UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alfred K. Cloke, III,

    Plaintiff,

        v.                        Case No. 1:11cv677

United Brotherhood of Carpenters
and Joiners of America, *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Order and Report and Recommendation filed by the Magistrate Judge on January 6, 2012 (Doc. 20).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter *de novo* pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's Motion for Emergency Injunction (Doc. 6) is **DENIED**.

**IT IS SO ORDERED.**

                                        *S/Michael R. Barrett*
                                        Michael R. Barrett
                                        United States District Judge