IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALFRED K. Cloke, III,       Case No. 1:11-cv-677

    Plaintiff,

                                             Judge Timothy S. Black

vs.

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA, *et al.*,

    Defendants.

## ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: __3/14/2012__                                   s/ Timothy S. Black
                                                                           Timothy S. Black
                                                                           United States District Judge