UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALFRED K. CLOKE, III, | : | Case No. 1:11-cv-677 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| BOBBY YEGGY, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court following *pro se* Plaintiff's filing of an Amended Complaint. (Doc. 32). The Court previously granted Plaintiff's request to proceed *in forma pauperis*. (Doc. 2). The Court has conducted a *sua sponte* preliminary review of *pro se* Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and, upon liberally construing the factual allegations contained therein, concludes that this action may proceed.

Accordingly, the United States Marshal is **ORDERED** to serve a copy of the Amended Complaint, summons and this Order upon Defendants as directed by Plaintiff. Costs of service shall be advanced by the United States.

**IT IS SO ORDERED**.

Date: May 17, 2012

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge