# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ALFRED K. CLOKE, III,**             Case No.   1:11-CV-677

    Plaintiff,

                                            **Judge Timothy S. Black**

-vs-                             **Magistrate Judge Karen L. Litkovitz**

**BOBBY YEGGY,** *et al.*,

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (Doc 63) of the Magistrate Judge is **ADOPTED**; Plaintiff's Motion to Amend the Complaint (Doc. 58) is **DENIED**; Defendants' Motions to Dismiss (Doc. 37,46) are **GRANTED**; Plaintiff's Motions to Proceed to Trial (Docs. 42, 51) are **DENIED AS MOOT**; it is **CERTIFIED** that an appeal would not be taken in good faith and Plaintiff is **DENIED** leave to appeal *in forma pauperis*; and the case is **CLOSED** from the docket of the Court.

Date: March 27, 2013                                            **JOHN P. HEHMAN, CLERK**

                                                                  By: *s/ M. Rogers*
                                                                  Deputy Clerk